# Fletcher *v.* The State.

*Indictment for Robbery.*

(Decided February 13th, 1902.)

1. *Reasonable doubt; individual jurors; charge.*—In a criminal case a charge which instructs the jury that "if any individual juror is not convinced of defendant's guilt beyond all reasonable doubt, and to a moral certainty, the jury cannot convict," is proper, and should be given at defendant's request.

APPEAL from Madison Circuit Court.
Tried before Hon. O. KYLE.·

No counsel for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

McCLELLAN, C. J.—Charge 15 refused to the defendant is a copy of charge 7 refused to defendant in *Hale v. State*, 122 Ala. 85, 89, and there upon full consideration held to have been erroneously refused; and on the authority of that case, the judgment in this must be reversed.

There is no merit in any of the other exceptions reserved on the trial.

Reversed and remanded.